IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SHELBY KENNETH SHULL,

    Plaintiff,

v.                                     CASE NO.  5:14cv44-RH/GRJ

OFFICER MAY et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This prisoner civil-rights case is before the court on the magistrate judge's report and recommendation, ECF No. 78.  No objections have been filed.  The plaintiff apparently has abandoned the case; since his release from custody, he still has not updated his address, filed any paper, or taken any action suggesting he intends to continue with the case.  Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The plaintiff Shelby Kenneth

Shull's claims against all defendants are dismissed without prejudice for failure to prosecute."  The clerk must close the file.

    SO ORDERED on August 2, 2015.

                                            s/Robert L. Hinkle
                                            United States District Judge